IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEW LEAF SERVICE CONTRACTS, INC. f/k/a NEW LEAF SERVICE CONTRACTS, LLC | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-01977-L |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY HMPL23-0252, | § | |
| *Defendants.* | § | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff New Leaf Service Contracts, Inc. f/k/a New Leaf Service Contracts, LLC ("***Plaintiff***") and Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy HMPL23-0252 ("***Lloyd's***"), (together, the "***Parties***"), hereby submit this Joint Stipulation of Dismissal without Prejudice.

Plaintiff filed this action against Lloyd's pursuant to this Court's diversity jurisdiction under 28 U.S.C. § 1332. Plaintiff believed diversity jurisdiction existed given the Lloyd's Syndicates identified in the relevant Lloyd's Policy were completely diverse from Plaintiff and the amount in controversy exceeded $75,000. However, on November 18, 2025, the Court issued its Order and Notice of Jurisdictional Deficiency explaining that Plaintiff must establish diversity of citizenship between Plaintiff and each of the "Names" who collectively make up the Lloyd's Syndicates Subscribing to Policy HMPL23-0252.

Despite Plaintiff's diligence, Plaintiff cannot identify or establish the citizenship for each of the "Names" in accordance with the Court's Order given that the "Names" are not publicly

available and have not been disclosed by Lloyd's. Plaintiff's counsel has conferred with Lloyd's' counsel and does not believe that the amount in controversy could be established for each of the Names, even if identified.

Accordingly, the Parties hereby stipulate to a dismissal of this action without prejudice, as follows:

1. The Parties have agreed to dismiss all of their claims and defenses asserted in the above-entitled and numbered action without prejudice to refiling the same.

2. Counsel for the Parties have respectively indicated their consent by signing below.

3. Each Party shall be responsible for its own fees and expenses related to this litigation.

Respectfully submitted,

**HAYNES AND BOONE, LLP**

*/s/ Natalie DuBose*

Natalie DuBose
Texas State Bar No. 24077481
Courtney A. Jones
Texas State Bar No. 24124067
HAYNES & BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
natalie.dubose@haynesboone.com
courtney.jones@haynesboone.com
Telephone: (214) 651-5313
Telephone: (214) 651-5143

**ATTORNEYS FOR PLAINTIFF,**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

*/s/ Jason R. Jobe*

Jason R. Jobe
State Bar No. 24043743
E-Mail: jjobe@thompsoncoe.com
Plaza of the Americas,
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
Telephone: 214-871-8297
Telecopy: 214-871-8209

**ATTORNEYS FOR DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**

**NEW LEAF SERVICE CONTRACTS, INC.**
**f/k/a NEW LEAF SERVICE CONTRACTS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic case filing system in accordance with the Federal Rules of Civil Procedure and Local Court Rules on this 2nd of December, 2025.

*/s/ Natalie DuBose*
Natalie DuBose